FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP - 9 2010 ★
BROOKLYN OFFICE

08CR242

August, 26, 2010

Honorable Judge Sandra L. Townes.

Your Honor first of all let me thank you for giving me the opportunity to express myself to you, I am writing you to request that you please excuse my Attorney Marion Seltzer from my case, because of ineffective counsel. I had asked you before, but you denied my request. My reasons are that she has done nothing to help me with my case, Ms Seltzer knows I do not know english yet all the paperwork she sends me is in English and I have to ask other inmates to explain to me what she has sent, She doesn't come to see me to let me know what steps she is taken to help me with my case and in over 18 months she has still not provided me with anything I have asked her for Ex Bill of Particulars or any evidence they might have against so as I could better prepare myself, I have asked her to file certain motions

on my behalf and I still don't know whether she has. I do not feel she has done everything she possibly could so I could have a better outcome with my case. Please your Honor I ask that you take these things into consideration and you grant me my request that I be assigned new counsel. Thank you so much for your time in this matter it will be greatly appreciated

Thank you
Sincerely Yours

Jose Rodriguez

Jose Rodriguez
#61561-066
Metropolitan Detention Center
100 29 Street
Brooklyn NY 11232

TRIBORO NY 112
BKLYN-QNS-STATEN ISL
27 AUG 2010 PM 4 T

USA FIRST-CLASS FOREVER

Sandra L Townes,
Eastern District of New York
225 Cadman Plaza East,
Brooklyn New York 11201

Legal Mail

11201+1832